## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**United States of America,**

    **v.**                                               **Case No. 2:23-cr-97**

                                                    **Judge Michael H. Watson**

**Justin Robert Foley,**
                                   **ORDER**

There being no objections, and upon review of the Information, Plea Agreement, and Report and Recommendation of the Magistrate Judge ("R&R") the Court hereby adopts the R&R, ECF No. 29.  The Court accepts Defendant's plea of guilty to Counts 1 and 2 of the Information, and he is hereby adjudged guilty on those counts.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

                                                   **MICHAEL H. WATSON, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**