# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:23-cr-097 |
| | : JUDGE MICHAEL H. WATSON |
| v. | : |
| JUSTIN ROBERT FOLEY, | : |
| Defendant. | : |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n), as incorporated by 18 U.S.C. § 2253(b), and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the Preliminary Order of Forfeiture (Doc. 34) entered in this case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 3, 2023, and ending on November 1, 2023.  (*See* Exhibit A.)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 7th day of November 2023.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Jennifer M. Rausch
JENNIFER M. RAUSCH (0075138)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Jennifer.Rausch@usdoj.gov