Federal Court of the Southern District of Ohio
Columbus Division

FILED
RICHARD W. NAGEL
CLERK OF COURT
2026 JUL 13 PM 3: 24
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

United States of America
Plaintiff

-against- 23-cr-97

Justin Robert Foley
Defendant

reduction under Title 18 3582(c)

"To determine the proper remedy for incopatibity of the jury-trail right under the federal constitution's sixth amendment with Federal sentencing act (18 USCS 3551 et seq.). The United States Supreme court sought to determine what congress would have intended in light of the court's constitutiuonal holding," United States v Booker, 125 SCT 738.

The sentencing guidelines had change in which on November 1, 2025 had taken out the sex offense provisions in 5D11.2 Term of Supervise Release. Thus it making the maxium of supervise release for a Claas A Felony Five Years. The plea deal that was made was at the time a sentence range of five years to life for supervise release.

"Under the express statutory lanuage of 28 U.S.C. 944(u) and 18 U.S.C.S. 3582(c)(2), The sentencing commission's policy statement implementing the statue's authorization of retroactive sentence reduction are binding. The guidlines' policy statement in U.S.S.G. 1.B110, indentifying the amendment which mayve applied retroactively. Futher emphasizes the limited nature of the relief available under 18 U.S.C.S. 3582(c)(2)." United States v Dunphy, 551 F.3d 247.

So with that under Title 18 United States Code 3582(c) the new guidelines are retroactive and have applied. Thus the matter should reduce the term of supervised release to five years.

Thank you,

Under the pentaly of perjury,

Justin Robert Foley
P.O. Box 879
Ayer, MA 01432

DEVQR 531.01 * INMATE HISTORY * 03-05-2026
PAGE 001 OF 001 * PT OTHER * 09:37:33

REG NO..: 30795-510 NAME....: FOLEY, JUSTIN ROBERT
CATEGORY: PTO FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| DEV | EM SR WAIT | EMOTIONAL SELF-REG CBT WAIT | 03-28-2025 1533 | CURRENT |
| DEV | SEEK S W | NON-RESOLVE SEEK S/S WAIT | 04-28-2025 1446 | CURRENT |
| DEV | XROAD P | CROSSROADS PART | 12-24-2025 1204 | CURRENT |
| DEV | B-ACTIV C | BE-ACTIV COMP | 05-27-2025 1204 | 05-27-2025 1204 |
| DEV | B-ACTIV P | BE-ACTIV PART | 03-07-2025 0727 | 05-27-2025 1204 |
| DEV | MON SM G C | MONEY SMART GENERAL POP COMP | 04-22-2025 1046 | 04-22-2025 1046 |
| DEV | MON SM G W | MONEY SMART GENERAL POP WAIT | 10-21-2024 0820 | 04-22-2025 1046 |
| DEV | B-ACTIV W | BE-ACTIV WAIT | 04-22-2024 0851 | 03-07-2025 0727 |
| DEV | WAYSAFE C | WAYSAFE COMPLETE | 10-15-2024 1213 | 10-15-2024 1213 |
| DEV | WAYSAFE P | WAYSAFE PARTICIPATE | 09-10-2024 1146 | 10-15-2024 1213 |
| DEV | WAYSAFE W | WAYSAFE WAIT | 05-24-2024 0611 | 09-10-2024 1146 |
| DEV | MAN DIAB C | MANAGING YOUR DIABETES COMP | 08-27-2024 1320 | 08-27-2024 1320 |
| DEV | MAN DIAB P | MANAGING YOUR DIABETES PART | 08-09-2024 0848 | 08-27-2024 1320 |
| DEV | NAT DIAB C | NATIONAL DIABETES COMP | 08-26-2024 1415 | 08-26-2024 1415 |
| DEV | NAT DIAB P | NATIONAL DIABETES PART | 07-29-2024 1508 | 08-26-2024 1415 |
| DEV | MATR BAL C | A MATTER OF BALANCE COMP | 08-26-2024 1415 | 08-26-2024 1415 |
| DEV | MATR BAL P | A MATTER OF BALANCE PART | 07-29-2024 1509 | 08-26-2024 1415 |
| DEV | HTH STEP C | HEALTHY STEPS OLDER ADULT COMP | 08-26-2024 1414 | 08-26-2024 1414 |
| DEV | HTH STEP P | HEALTHY STEPS OLDER ADULT PART | 07-29-2024 1508 | 08-26-2024 1414 |
| DEV | ARTH FND C | ARTHRITIS FOUNDATION WALK COMP | 08-26-2024 1400 | 08-26-2024 1400 |
| DEV | ARTH FND P | ARTHRITIS FOUNDATION WALK PART | 07-29-2024 1508 | 08-26-2024 1400 |
| DEV | HTH WELL C | HEALTH & WELLNESS LIFESPN COMP | 08-26-2024 1359 | 08-26-2024 1359 |
| DEV | HTH WELL P | HEALTH & WELLNESS LIFESPN PART | 07-29-2024 1507 | 08-26-2024 1359 |
| DEV | BRN HLTH C | BRAIN HEALTH AS YOU AGE COMP | 08-26-2024 1345 | 08-26-2024 1345 |
| DEV | BRN HLTH P | BRAIN HEALTH AS YOU AGE PART | 07-29-2024 1506 | 08-26-2024 1345 |
| DEV | MAN DIAB W | MANAGING YOUR DIABETES WAIT | 06-11-2024 1545 | 08-09-2024 0848 |
| DEV | MATR BAL W | A MATTER OF BALANCE WAIT | 06-11-2024 1547 | 07-29-2024 1509 |
| DEV | NAT DIAB W | NATIONAL DIABETES WAIT | 06-11-2024 1547 | 07-29-2024 1508 |
| DEV | HTH STEP W | HEALTHY STEPS OLDER ADULT WAIT | 06-11-2024 1547 | 07-29-2024 1508 |
| DEV | ARTH FND W | ARTHRITIS FOUNDATION WALK WAIT | 06-11-2024 1546 | 07-29-2024 1508 |
| DEV | HTH WELL W | HEALTH & WELLNESS LIFESPN WAIT | 06-11-2024 1546 | 07-29-2024 1507 |
| DEV | BRN HLTH W | BRAIN HEALTH AS YOU AGE WAIT | 06-11-2024 1546 | 07-29-2024 1506 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

DEVQR 531.01 * INMATE HISTORY * 03-05-2026
PAGE 001 OF 001 * WASPB * 09:37:43

REG NO..: 30795-510 NAME....: FOLEY, JUSTIN ROBERT
CATEGORY: WSP FUNCTION: PRT FORMAT:

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| DEV | GR BCSW | GR BASIC COGNITIVE SKILLS WAIT | 04-22-2024 1442 | CURRENT |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

DEVQR * INMATE EDUCATION DATA * 03-05-2026
PAGE 001 OF 001 * TRANSCRIPT * 09:37:15

REGISTER NO: 30795-510 NAME..: FOLEY FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: DEV-DEVENS FMC

---------------------------- EDUCATION INFORMATION ----------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| DEV | ESL HAS | ENGLISH PROFICIENT | 04-05-2024 1525 | CURRENT |
| DEV | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-05-2024 1525 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| DEV LOW | FMC DEVENS HEALTH FAIR | 12-12-2025 | 12-12-2025 | P | C | P | 10 |
| DEV LOW | BASIC GUITAR LEISURE CLASS | 01-27-2025 | 07-21-2025 | P | C | P | 10 |
| DEV LOW | FMC DEVENS HEALTH FAIR | 09-20-2024 | 09-20-2024 | P | C | P | 2 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

⇔30795-510⇔
Justin Foley
PO BOX 879,
FMC Devens Unit JB.
AYER, MA 01432
United States

BOSTON MA 020
7 JUL 2026 PM 7 L




Watson
(mailbox)

Clerk of Courts
US District Court Southern District
Room 121
85 Marconi Blvd.
Columbus, OH 43215